PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*
6:17CR10060

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00019-APG-EJY-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lonnie W Lotshaw<br>Las Vegas, Nevada 89122 | Nevada | U.S. Probation Office |

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

JAN 28 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Eric F. Melgren | | |
| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>12/10/2024 | TO<br>12/09/2026 |

OFFENSE
Interstate Travel in Aid of Racketeering

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Communal and Familiar ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF _____Kansas_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Nevada___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/24/2025
*Date*

*Eric F Melgren*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF _____Nevada_____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 29, 2025
*Effective Date*

*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Lonnie W Lotshaw

Case No.: TO BE ASSIGNED

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

January 28, 2025

TO:    The United States District Judge

On June 14, 2021, the above-noted client was sentenced to 60 months imprisonment followed by 2 years of supervised release in the United States District Court, District of Kansas for committing the offense of Interstate Travel in Aid of Racketeering in violation of 18 U.S.C. § 1952(a)(3). Supervision commenced December 10, 2024, in the District of Nevada.

Lotshaw intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by his signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Eric F. Melgren agreed to relinquish jurisdiction of the case. Should you have any questions regarding this matter, the undersigned is available at your convenience.

Respectfully submitted,

Digitally signed by
Amanda Stevens
Date: 2025.01.28
13:40:41 -08'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Steve
Goldner
Date: 2025.01.28 13:37:42
-08'00'

Steve M Goldner
Supervisory United States Probation Officer